BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:11-CR-400 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO **UNSEAL** INDICTMENT |
| v. ) | |
| ) | |
| DARRICK LEROY WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: Nov. 18, 2011

Honorable Jennifer L. Thurston
United States Magistrate Judge

2

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000
5
6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8
9
10
11 UNITED STATES OF AMERICA,        )
                                    )  Case NO. 1:11-CR-400
12                      Plaintiff,  )
                                    )  REQUEST TO UNSEAL INDICTMENT
13      v.                          )
                                    )
14 DARRICK LEROY WILLIAMS,          )
                                    )
15                      Defendant.  )
                                    )
16 _____)
17
18
        The arrest warrant in the above-captioned proceeding was
19
   executed on November 18, 2011.  As a result, there is no need for the
20
   indictment to remain under seal.  Accordingly, the United States asks
21
   that the Court order that the indictment be unsealed.
22
23
                                  BENJAMIN B. WAGNER
24                                United States Attorney
25
26 Date: November 18, 2011         /s/ Elana S. Landau
                                   By: Elana S. Landau
27                                 Assistant United States Attorney
28

                                    1
```