BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU, #212144
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRICK LEROY WILLIAMS,<br><br>Defendant. | 1:11-CR-400 LJO<br><br>MOTION TO DISMISS INDICTMENT<br>(Fed. R. Crim. P. 48(a)) AND ORDER |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Elana S. Landau, Assistant United States Attorney, hereby requests leave of the court to dismiss the indictment as to DARRICK LEROY WILLIAMS without prejudice, as the state has filed a petition relating to the same conduct in state court.

Dated: March 15, 2012            Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                   By   /s/ Elana S. Landau
                                           ELANA S. LANDAU
                                           Assistant U.S. Attorney

1

## ORDER

This matter having come before the court pursuant to a written order to dismiss the above-entitled indictment as to this defendant, pursuant to Federal Rule of Criminal Procedure 48(a);

IT IS ORDERED that the indictment be dismissed without prejudice as to this defendant.

IT IS SO ORDERED.

**Dated:**    **March 15, 2012**               /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE